

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2025

No. 04-24-00801-CV

Chase Allen **CURTIS**,
Appellant

v.

Gabrielle Analisa **LAPLANTE**,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 21-09-27360-CV
Honorable Daniel J. Kindred, Judge Presiding

**ORDER**

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, we GRANT appellant Chase Allen Curtis's Motion for Temporary Orders to Set Supersedeas Bond. We ORDER the trial court to conduct an evidentiary hearing on the sufficiency of Curtis's February 2025 supersedeas bond by October 10, 2025. If the trial court finds that Curtis's February 2025 supersedeas bond is insufficient to satisfy Texas Rule of Appellate Procedure 24.2(a)(2), we ORDER the court to: (1) set an additional bond amount pursuant to Texas Rule of Appellate Procedure 24.2(a)(2); and (2) set a reasonable deadline by which Curtis must file an additional bond.

Curtis's Second Emergency Motion for Stay Pending Appeal is HELD IN ABEYANCE. Our July 21, 2025 temporary stay of the following orders remains in place until further order of this court:

1) the June 10, 2025 Order for Turnover;

2) the July 17, 2025 Order of Enforcement of the Turnover Order;

3) the provisions of the October 28, 2024 Final Decree of Divorce that award the real property located at 500 PR 2323, Hondo, Texas to appellee; and

4) any attempts by appellee to foreclose on or evict appellant from the real property located at 500 PR 2323, Hondo, Texas.

Curtis's appeal of the underlying judgment remains pending before this court and will be decided in a separate opinion at a later date.

It is so **ORDERED** on September 10, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2025.

_____
Caitlin A. McCamish, Clerk of Court